```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14687
     SANDRA HAYSLETT GARRETT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-1947

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/14/2007 and was not confirmed.

     The case was dismissed without confirmation 12/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG        .00            .00           .00
GMAC RESCAP LLC            MORTGAGE ARRE        .00            .00           .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED           .00           .00
MEYER & NJUS               NOTICE ONLY     NOT FILED           .00           .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED           .00           .00
WOW INTERNET & CABLE       NOTICE ONLY     NOT FILED           .00           .00
F&W LLC                    UNSECURED       NOT FILED           .00           .00
COMCAST CABLE              NOTICE ONLY     NOT FILED           .00           .00
PREMIER BANCARD CHARTER    UNSECURED          419.37           .00           .00
GINNYS                     UNSECURED          531.59           .00           .00
MIDNIGHT VELVET            UNSECURED          503.98           .00           .00
MEDICAL COLLECTION SYSTE   UNSECURED       NOT FILED           .00           .00
EVERGREEN MEDICAL SPECIA   NOTICE ONLY     NOT FILED           .00           .00
MEDICAL COLLECTION SYSTE   UNSECURED       NOT FILED           .00           .00
EMERGENCY ROOM CARE        NOTICE ONLY     NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED           .00           .00
EVERGREEN MEDICAL          NOTICE ONLY     NOT FILED           .00           .00
NCO COLLECTION AGENCY      UNSECURED       NOT FILED           .00           .00
NCO COLLECTION AGENCY      NOTICE ONLY     NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          131.50           .00           .00
PERFORMANCE FINANCIAL      NOTICE ONLY     NOT FILED           .00           .00
PEOPLES GAS & LIGHT        UNSECURED          283.99           .00           .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED           .00           .00
TCF BANK                   NOTICE ONLY     NOT FILED           .00           .00
RENT A CENTER              UNSECURED       NOT FILED           .00           .00
RJM AQUISITIONS FUNDING    UNSECURED           75.28           .00           .00
CROSSINGS BOOK CLUB        NOTICE ONLY     NOT FILED           .00           .00
SEVENTH AVENUE             UNSECURED          461.03           .00           .00
SWISS COLONY               UNSECURED          255.38           .00           .00
TEX COLLECTION AGENCY      UNSECURED       NOT FILED           .00           .00
CROSSING POINTE            NOTICE ONLY     NOT FILED           .00           .00
VAN RU CREDIT CORPORATIO   UNSECURED       NOT FILED           .00           .00
SWISS COLONY               NOTICE ONLY     NOT FILED           .00           .00
LARRY GARRETT              NOTICE ONLY     NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14687 SANDRA HAYSLETT GARRETT
```

```
PORTFOLIO RECOVERY ASSOC  UNSECURED      119.95            .00            .00
HOMECOMINGS FINANCIAL     NOTICE ONLY   NOT FILED          .00            .00
B-REAL LLC                UNSECURED     5325.15            .00            .00
GLEASON & GLEASON LLC     DEBTOR ATTY   2,000.00                       842.40
TOM VAUGHN                TRUSTEE                                       57.60
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    900.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    842.40
TRUSTEE COMPENSATION                               57.60
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                     900.00                 900.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/26/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE